UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  12/30/2020
```

---------------------------------------------------------------------X
                       :

KATHLEEN A. DONAHUE,              :
                       :
             Plaintiff,     :                  20-cv-8032 (LJL)
                       :
      -v-                  :        ORDER OF SERVICE AND
                       :        SCHEDULING ORDER
COMMISSIONER OF SOCIAL SECURITY,  :
                       :
           Defendant.    :
                       :
---------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

       The Clerk of Court shall notify the U.S. Attorney's Office for the Southern District of New York of the filing of this pro se case, brought under 42 U.S.C. § 405(g), for which the filing fee has been waived.

       In accordance with the Standing Order "Motions for Judgment on the Pleadings in Social Security Cases," 16-MC-0171 (Apr. 20, 2016):

       Within 90 days of the date of this Order, the Commissioner must serve and file the Electronic Certified Administrative Record (e-CAR), which will constitute the Commissioner's answer, or otherwise move against the complaint.

       If the Commissioner wishes to file a motion for judgment on the pleadings, the Commissioner must do so within 60 days of the date on which the e-CAR was filed. The motion must contain a full recitation of the relevant facts and a full description of the underlying administrative proceeding.

       Plaintiff must file an answering brief within 60 days of the filing of the Commissioner's motion. The Commissioner may file a reply within 21 days thereafter.

       SO ORDERED.

Dated: December 30, 2020
      New York, New York                  _____
                                       LEWIS J. LIMAN
                              United States District Judge